**STATEMENT OF FACTS**

On Monday, January 13, 2020 at approximately 10:00 a.m., members of the Metropolitan Police Department's (MPD) Seventh District responded to the 2900 block of 2nd Street Southeast in Washington, D.C. in reference to a "shots fired" and "sounds of gunshots" radio run that was announced over the main radio channel. A lookout was voiced for a black male, running towards Orange Street Southeast, wearing a black jacket, blue jeans and gray New Balance tennis shoes.

While canvassing, Officers Khalid and Dean observed an individual matching the lookout that was just broadcast. Officers made contact with the male, later identified as Kenneth Anderson (Defendant Anderson) and asked Defendant Anderson if he had any weapons on him. Defendant Anderson immediately pressed his arm against his body and turned away from the officers. Due to the lookout that was broadcast, Defendant Anderson matching that lookout and the behavior of Defendant Anderson, Officer Khalid attempted to pat down Defendant Anderson in the area he turned away from officers. Defendant Anderson immediately raised both arms in an attempt to avoid the officers, causing his jacket to raise and officers observed a black handgun in the right side of Defendant Anderson's waistband.

Officers immediately attempted to detain Defendant Anderson. Defendant Anderson grabbed the handgun in his waistband as officers attempted to disarm him and stop Defendant Anderson from removing the firearm from his waistband. MPD issued OC spray was deployed to the face of Defendant Anderson and the firearm was able to be secured by the officers. Defendant Anderson was placed under arrest.

The firearm was determined to be a Smith & Wesson model 459, .9 millimeter handgun with a serial number of A793819. When it was recovered, it was loaded with no round in the chamber and thirteen (13) rounds of ammunition in the unknown capacity magazine. A WALES/NCIC check of the serial number of the firearm showed that the firearm was stolen out of the state of Virginia.

Officer Dean was present for the initial contact with Defendant Anderson, the struggle over the weapon, the recovery of the firearm and the arrest of Defendant Anderson.

After being treated for OC spray at an area hospital, Defendant Anderson was transported to the 7th District police station for processing. At that time, Federal Bureau of Investigation Special Agent Farrar read Defendant Anderson his Miranda Rights, which Defendant Anderson waived. Defendant Anderson admitted to possessing the firearm and stated that he had it for protection.

A criminal history check of Defendant Anderson through the National Crime Information Center confirmed that the defendant has three prior felony convictions in the Superior Court for the District of Columbia, Criminal Case No. 2012 CF2 10565 for Carrying a Pistol without a License, Criminal Case No. 2013 CF2 10122 for Attempt Robbery, and Criminal Case No. 2016 CF2 12407 for Unlawful Possession of a Firearm by a Convicted Felon. These crimes are punishable by more than one year in the District of Columbia. There are no firearm manufacturers in the District of Columbia.

_____
OFFICER BRANDON DEAN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JANUARY, 2020.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE